TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
PAUL B. LA SCALA, AUSA
California State Bar No. 186939
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-2467
    Email: Paul.LaScala@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JAMIE ANN YAVELBERG
Director, Civil Fraud Section
ALLISON CENDALI
Assistant Director, Civil Fraud Section
SAMUEL P. ROBINS
Trial Attorney, Civil Fraud Section
    U.S. Department of Justice
    175 N Street NE, 9th Floor
    Washington, D.C. 20002-3371
    Telephone: (202) 307-0806
    Email: Samuel.p.robins2@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
12/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KD DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. 2:22-cv-06630-JLS (AGRx)<br><br>**UNITED STATES OF AMERICA'S NOTICE OF ELECTION REGARDING INTERVENTION AND REQUEST FOR UNSEALING OF CASE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL WITH [PROPOSED] ORDER] |

```
 1  TODD BLANCHE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  DAVID M. HARRIS, AUSA
    Chief, Civil Division
 4  HUNTER B. THOMSON, AUSA
    Acting Chief, Civil Fraud Section
 5  PAUL B. LA SCALA, AUSA
    California State Bar No. 186939
 6        Room 7516, Federal Building
          300 N. Los Angeles Street
 7        Los Angeles, California 90012
          Tel: (213) 894-2467
 8        Email: Paul.LaScala@usdoj.gov

 9  BRETT A. SHUMATE
    Assistant Attorney General, Civil Division
10  JAMIE ANN YAVELBERG
    Director, Civil Fraud Section
11  ALLISON CENDALI
    Assistant Director, Civil Fraud Section
12  SAMUEL P. ROBINS
    Trial Attorney, Civil Fraud Section
13        U.S. Department of Justice
          175 N Street NE, 9th Floor
14        Washington, D.C. 20002-3371
          Telephone: (202) 307-0806
15        Email: Samuel.p.robins2@usdoj.gov

16  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOILING POINT GROUP INC.,<br><br>Defendants. | No. 2:22-cv-06630-JLS (AGRx)<br><br>**UNITED STATES OF AMERICA'S NOTICE OF ELECTION REGARDING INTERVENTION AND REQUEST FOR UNSEALING OF CASE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL WITH [PROPOSED] ORDER] |

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), the United States of America ("United States") notifies the Court of the United States' election to intervene in this action for purposes of settlement. On December 16, 2025, the United States and GNGH2 Inc. ("Relator") on one hand, and defendant Boiling Point Group, Inc., on the other hand ("Defendant") executed a Settlement Agreement ("Agreement") to resolve the allegations set forth in the Relator's Complaint.

To effectuate the Agreement, the United States respectfully requests the following:

1. The Relator's Complaint (including any amended complaints), this Notice, and the accompanying [Proposed] Order be unsealed;

2. All other papers filed or lodged to date in this action remain permanently under seal because such papers were provided by law to the Court for the sole purpose of discussing the content and extent of the United States' investigation so that the Court could evaluate whether the seal and the deadline for making an election to intervene should be extended; and

3. Any future papers filed or lodged in this action should not be filed under seal absent a separate court order.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: December 19, 2025

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section

BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JAMIE ANN YAVELBERG
Director, Civil Fraud Section
ALLISON CENDALI
Assistant Director, Civil Fraud Section
SAMUEL P. ROBINS
Trial Attorney, Civil Fraud Section

*/s/ Paul B. La Scala*
PAUL B. LA SCALA
Assistant United States Attorney

Attorneys for the United States of America

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **December 22, 2025,** I served **UNITED STATES OF AMERICA'S NOTICE OF ELECTION REGARDING INTERVENTION AND REQUEST FOR UNSEALING OF CASE** on persons or entities named below by electronic mail.

Date of transmission: **December 22, 2025**. Place of transmission: **Los Angeles, California**. Person(s) and/or Entity(s) To Whom Transmitted:

**David Abrams, Esq.**
Email: dnabrams@wjlf.org

**Yael Lerman, Esq.**
Email: yaell@standwithus.com

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 22, 2025** at **Los Angeles, California**.

*Carol M. Ybarra*
CAROL M. YBARRA