TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
PAUL B. LA SCALA, AUSA
California State Bar No. 186939
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-2467
    Email: Paul.LaScala@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JAMIE ANN YAVELBERG
Director, Civil Fraud Section
ALLISON CENDALI
Assistant Director, Civil Fraud Section
SAMUEL P. ROBINS
Trial Attorney, Civil Fraud Section
    U.S. Department of Justice
    175 N Street NE, 9th Floor
    Washington, D.C. 20002-3371
    Telephone: (202) 307-0806
    Email: Samuel.p.robins2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOILING POINT GROUP INC.,<br><br>Defendants. | No. 2:22-cv-06630-JLS (AGRx)<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. Josephine L. Staton |

|    |    |
|---|---|
| 1  | Having entered into a Settlement Agreement ("the Agreement") between the |
| 2  | United States of America ("the United States") and GNGH2 Inc. ("Relator") on one |
| 3  | hand, and defendant Boiling Point Group, Inc. on the other hand ("Defendant") |
| 4  | (hereafter collectively referred to herein as "the Parties"), and in accordance with the |
| 5  | terms and conditions of the Agreement and pursuant to Federal Rule of Civil Procedure |
| 6  | 41(a) and the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. § |
| 7  | 3730(b)(1), the United States and Relator, through their undersigned counsel, hereby |
| 8  | stipulate to the entry of an order in the above-captioned action ("the Civil Action"), as |
| 9  | follows: |

1. The Civil Action is being dismissed pursuant to the terms of the Agreement;
2. The dismissal shall be with prejudice to Relator;
3. The dismissal shall be with prejudice to the United States pursuant to the terms of the Agreement; and,
4. As agreed by the Parties in the Agreement, the Court retains jurisdiction as necessary to enforce the terms and conditions of the Agreement.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: January 9, 2026

*/s/ Yael Lerman*
YAEL LERMAN, ESQ.

Attorney for Relator

| | |
|---|---|
| Dated: January 9, 2026 | TODD BLANCHE<br>Deputy Attorney General<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>DAVID M. HARRIS, AUSA<br>Chief, Civil Division<br>HUNTER B. THOMSON, AUSA<br>Acting Chief, Civil Fraud Section<br><br>BRETT A. SHUMATE<br>Assistant Attorney General, Civil Division<br>JAMIE ANN YAVELBERG<br>Director, Civil Fraud Section<br>ALLISON CENDALI<br>Assistant Director, Civil Fraud Section<br>SAMUEL P. ROBINS<br>Trial Attorney, Civil Fraud Section<br><br>*/s/ Paul B. La Scala*<br>PAUL B. LA SCALA<br>Assistant United States Attorney<br><br>Attorneys for the United States of America |

Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 9, 2025

>*/s/ Paul B. La Scala*
>PAUL B. LA SCALA
>Assistant United States Attorney
>
>Attorneys for the United States of America