TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
PAUL B. LA SCALA, AUSA
California State Bar No. 186939
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-2467
    Email: Paul.LaScala@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JAMIE ANN YAVELBERG
Director, Civil Fraud Section
ALLISON CENDALI
Assistant Director, Civil Fraud Section
SAMUEL P. ROBINS
Trial Attorney, Civil Fraud Section
    U.S. Department of Justice
    175 N Street NE, 9th Floor
    Washington, D.C. 20002-3371
    Telephone: (202) 307-0806
    Email: Samuel.p.robins2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOILING POINT GROUP INC., <br><br> Defendants. | No. 2:22-cv-06630-JLS (AGRx) <br><br> [PROPOSED] ORDER RE JOINT STIPULATION ON DISMISSAL <br><br> Hon. Josephine L. Staton |

1

WHEREAS, the United States of America ("United States") and Relator have submitted a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the Settlement Agreement executed on December 16, 2025.

THEREFORE, IT IS ORDERED THAT:

1. Relator's Complaint is dismissed with prejudice as to Relator.
2. The dismissal is with prejudice as to the United States for the Covered Conduct as that term is defined in the Settlement Agreement.
3. As agreed by the Parties in the Agreement, the Court retains jurisdiction as necessary to enforce the terms and conditions of the Settlement Agreement.

IT IS SO ORDERED.

Dated: _____       _____
                               UNITED STATES DISTRICT JUDGE