JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOILING POINT GROUP INC., <br><br> Defendants. | No. 2:22-cv-06630-JLS-AGR <br><br> **ORDER RE JOINT STIPULATION ON DISMISSAL (Doc. 38)** |

WHEREAS, the United States of America ("United States") and Relator have submitted a Joint Stipulation of Dismissal (Doc. 38) pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the Settlement Agreement executed on December 16, 2025.

The Court hereby ORDERS that:

1. Relator's Complaint is dismissed with prejudice as to Relator.
2. The dismissal is with prejudice as to the United States for the Covered Conduct as that term is defined in the Settlement Agreement.
3. As agreed by the Parties in the Agreement, the Court retains jurisdiction as necessary to enforce the terms and conditions of the Settlement Agreement.

DATED: January 14, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE